# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

162544 & (3)(11)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SHAMARA KALEA BOINES,
      Plaintiff,

v

SC: 162544

BOARD OF LAW EXAMINERS,
      Defendant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion in limine is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



t0322

Clerk